**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


**WARREN STAVROS LEWIS,**

     **Plaintiff,**

**vs.**                                                        **Case No. 4:13cv92-WS/CAS**

**FIRST DISTRICT COURT OF
APPEAL, et al.,**

     **Defendants.**

_____/


## REPORT AND RECOMMENDATION

Plaintiff initiated this case on February 28, 2013, by filing a complaint, doc. 1, and an in forma pauperis motion, doc. 2, but he failed to properly support the motion by submitting the required inmate bank account information.  In an order entered March 1, 2013, Plaintiff was directed to supplement the motion to proceed in forma pauperis with his inmate bank account statement for the period between September 1, 2012, through February 28, 2013.  Doc. 4.  Plaintiff was specifically warned that if he failed to comply with the Order, a report and recommendation would be entered recommending dismissal of his case for failure to comply with a Court Order and failure to prosecute. Doc. 4.  Although Plaintiff submitted a first amended complaint on March 15th, doc. 5, he did not provide the required inmate bank account information.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. <u>Link v. Wabash R.R.</u>, 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962). Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order. <u>Moon v. Newsome</u>, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert. denied*, 493 U.S. 863 (1989). Since Plaintiff has not complied with the Order, doc. 4, and his in forma pauperis motion is insufficient, doc. 2, it is recommended that this action be dismissed without prejudice.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to prosecute and failure to comply with a court order and the in forma pauperis motion, doc. 2, be **DENIED as moot**.

**IN CHAMBERS** at Tallahassee, Florida, on April 11, 2013.


**s/ Charles A. Stampelos**
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**



<u>**NOTICE TO THE PARTIES**</u>

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**