**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


WARREN STAVROS LEWIS,

        Plaintiff,

v.                                 CASE NO.  4:13cv92-RH/CAS

FIRST DISTRICT COURT OF
APPEAL et al.,

        Defendants.

_____/


## ORDER OF DISMISSAL


      This case is before the court on the magistrate judge's report and

recommendation, ECF No. 6.  No objections have been filed.

      The report and recommendation correctly concludes that the case should be

dismissed based on the plaintiff's failure to comply with the order to file an inmate

bank-account statement.  In addition, it is virtually certain that if allowed to go

forward, the plaintiff's claims ultimately would fail based on judicial immunity, or

for failure to state a claim on which relief can be granted, or under the doctrine of

*Heck v. Humphrey*, 512 U.S. 477, 487 (1994) and *Edwards v. Balisok*, 520 U.S.

641, 648-49 (1997).

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "The complaint is DISMISSED for failure to abide by an order of the court and failure to prosecute."  The clerk must close the file.

SO ORDERED on May 25, 2013.

s/Robert L. Hinkle_____
United States District Judge